Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT

### for the

### Omaha District of NEBRASKA

Division *8:2lcv16l*

Ms. Gloria E Hil
14622 Morman Street   Benninoton NE 68007
(661) 281-9233

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.   00-0000-00

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*   ☒ Yes   ☐ No

*Reserve Right to Amend*

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

**-v-**

Life Line Screeninq of America, LLC
901 S Mopac Expy #2, Ste 130   Austin TX 78746

Michaelle L  Deument JACKSON LEWIS

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I.   The Parties to This Complaint

#### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Ms. Gloria E Hil |
| Street Address | 14622 Morman Street |
| City and County | Benninoton |
| State and Zip Code | NE 68007 |
| Telephone Number | +16612819233 |
| E-mail Address | gloriahill74@gmail.com |



**RECEIVED**

APR 1 9 2021

CLERK
U.S. DISTRICT COURT

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | LIFE LINE SCREENING OF AMERICA, LLC |
| Job or Title *(if known)* | Human Resource Director |
| Street Address | Building 2, Suite 130 901 S Mopac Expressway |
| City and County | Austin |
| State and Zip Code | TX 78746 |
| Telephone Number | (216)581-6556 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Michaelle L. Baumert |
| Job or Title *(if known)* | |
| Street Address | JACKSON LEWIS 10050 Regency Cir Ste 400 |
| City and County | Omaha |
| State and Zip Code | NE 68114 |
| Telephone Number | (216)581-6556 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Nebraska Equal Employment Opportunity Commission |
| Job or Title *(if known)* | |
| Street Address | 301 Centennial Mall S # 5 |
| City and County | Lincoln, NE 68508 |
| State and Zip Code | |
| Telephone Number | (402) 471-2024 |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

|                        |                                                                        |
|------------------------|------------------------------------------------------------------------|
| Telephone Number       |                                                                        |
| E-mail Address *(if known)* |                                                                   |

## C.    Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| Name               | LIFE LINE SCREENING OF AMERICA, LLC                                      |
|--------------------|-------------------------------------------------------------------------|
| Street Address     | Human Resource Director Building 2, Suite 130 901 S Mopac Expressway     |
| City and County    | Austin                                                                   |
| State and Zip Code | TX 78746                                                                 |
| Telephone Number   | (216)581-6556                                                            |

## II.    Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☒    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note:  In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☒    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note:  In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☒    Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note:  In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐    Other federal law *(specify the federal law)*:

☐    Relevant state law *(specify, if known)*:

☐    Relevant city or county law *(specify, if known)*:

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.   The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐   Failure to hire me.

☒   Termination of my employment.

☒   Failure to promote me.

☒   Failure to accommodate my disability.

☒   Unequal terms and conditions of my employment.

☒   Retaliation.

☒   Other acts *(specify)*:   Religion, National Origin, Age, etc.

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.   It is my best recollection that the alleged discriminatory acts occurred on date(s)

06/10/2019

C.   I believe that defendant(s) *(check one)*:

☒   is/are still committing these acts against me.

☐   is/are not still committing these acts against me.

D.   Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☐   race  _____

☐   color  _____

☐   gender/sex  _____

☒   religion  Christianity

☒   national origin  Hispanic

☒   age *(year of birth)*  1964  *(only when asserting a claim of age discrimination.)*

☒   disability or perceived disability *(specify disability)*

Doctor advised me not to lift above 50lbs due to backache

E.        The facts of my case are as follows.  Attach additional pages if needed.

(1) I am 55 years old (DOB 01/12/1964); I am Hispanic, I am a Christian, and I have a disability and a record of disability. I worked for the respondent beginning on 05/14/2018, most recently as an Ultrasound Tech at Respondent's Omaha, NE location. Due to my age, national origiri,.and religion 1. was harassed by coworkers and I complained about it. Due to my disabiiity I requested and received medical leave as a reasonable accommodation. Due to my age, national origin, religion, disability, and in retaliation for my medical leave and my complaint I was subjected to less favorable wages, terminated on 04/25/2019, and subjected to less favorable terms and conditions of employment.

(2)     I believe I have been discriminated against on the bases of age and retaliation, in violation of The Age Discrimination in Employment Act of 1967, as Amended, and Section 48-1004(1 and 4) of the Nebraska Age Discriminationin Employment Act; on the bases of disability, record of disability and retaliation, in violation of ADA Amendments Act of 2008, and Sections 48-1104 and 48-1114(1) of the Nebraska Fair Employment Practice Act; and on the bases of national origin, religion, And retaliation, in violation of T:tle VII of the Civil Rights Act of 1964, as Amended, and Section 48-1104 and 48-1114(1) of the Nebraska Fair Employment Practice Act, in that:

(3)     In 08/2018, Ultrasound Tech Chantel Ankye (non-Hispanic, 23 years old, no known disability, religion unknown) started harassing me on a daily basis by asking what I did, talking to others about me, and she would purposely lose my paperwork.

(4)     On or around 08/23/2018 I filed a harassment complaint regarding Ankye with the Regional Operations Leader Andy Schneider (non-Hispanic, age late 50's, no known tjisability, Christian). Schneider did not take any action until 11/2018 when A_nkye had an issue with co-manager Sandy Belt (non-Hispanic, age late 40's, no know disability, religion unknown). Ankye was then moved to a different team.

(5)     In 10/2018 I was also treated poorly by Clinical Manager Betty Layton (non-Hispanic, age early 60's, no known disability, religion unknown). I only met her one day in October but was told I was doing things wrong, I didn't know protocol, and I could hear Layton talking about me to other coworkers loud enough so patients could hear her as well. I informed Schneider of my experience with Layton via email on 11/19/2018. Schneider apologized for the incident and no other action was taken.

(6)     In 12/2018, I received a bonus but it was not in the amount that the manager, Megan Johnson (non- Hispanic, age late 30's or 40's, no known disability, Christian), told me it was going to be. I was told it would be about $500 to $600 but it was only $300.

(7)     I was injured on the job on 03/22/2019 while working in Lincoln, NE. I was put on limited duty by my doctor, such as not lifting more than 10 pounds, not standing for long periods of time, and I was unable to load and unload the van.

(8)     I filed for Worker's Compensation on 3/29/2019 and was on it until I returned to work on 04/23/2019. When I returned to work on April 23, I provided the respondent with the information I got from American Family Urgent Care, which stated when I could go back to work and the requirements of that. I was asked to stay home from work the following day until the respondent could verify my doctor's note.

(9)     On 04/25/2019 I was terminated by Andy Schneider and Human Resources Representative, Molly Mendoza (national origin unknown, age unknown, disability unknown, religion unknown) via conference call. The reason I was told was because I was not a good fit.

(10)    I was supposed to receive my last paycheck for the one day I worked after returning from my medical leave on 05/17/2019. The check was also supposed to contain the remainder of my Paid Time Off leave. I confronted HR Representative Mendoza about the check and was told the total amount went to deductions and they did not owe me anything.

(11)   On 05/24/2019 I emailed the Clinic Manager, Nathalie Garbani (national origin unknown, age 60's, disability unknown, religion unknown), informing her that I needed a letter so I could take the state boards for a Registered Vascular Technician. I requested the letter about six times from Garbani. Every time I emailed Garbani, Mendoza would intervene and answer for Garbani, saying that she would get the letter to me as soon as she can. As of 06/10/2019 I have still not received it.

(12)   My performance was satisfactory.

*(Note:  As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.   Exhaustion of Federal Administrative Remedies

A.     It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

07/05/2019

B.     The Equal Employment Opportunity Commission *(check one)*:

☐     has not issued a Notice of Right to Sue letter.

☒     issued a Notice of Right to Sue letter, which I received on *(date)*     11/22/2020                     .

*(Note:  Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.     Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☒     60 days or more have elapsed.

☐     less than 60 days have elapsed.

## V.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

(1) $500,000 as damages for discriminating me on the basis of religions, national origin, retaliation, age, and disability, and injury and wrongful termination.

(2) $300 of bonus amount. Out of total $600, only $300 was paid to me and $300 is still remaining to be paid.

(3) 250k for losing my house due to unemployment.

(4) 58k for losing my annual pay due to no fault on my side.

(5) My last paycheck and Remainder Paid Time Off Leave.

(6) Any other relief that this Honorable Court deems appropriate for this humble Complainant.

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:          2/18/2021

Signature of Plaintiff

Printed Name of Plaintiff    Ms. Gloria E Hil

### B.     For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number

## DISMISSAL AND NOTICE OF RIGHTS

| | |
|---|---|
| To:  **Gloria E. Hill**<br>**14622 Morman St**<br>**Bennington, NE 68007** | From:  **St. Louis District Office**<br>**1222 Spruce Street**<br>**Room 8.100**<br>**Saint Louis, MO 63103** |

|  | *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))* | |

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **32E-2019-00583** | **Joseph J. Wilson,**<br>**State & Local Program Manager** | **(314) 798-1930** |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☐ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☒ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.

On behalf of the Commission

*(signature)*

**Lloyd J. Vasquez, Jr.,**
**District Director**

November 16, 2020

*(Date Mailed)*

Enclosures(s)

cc: **LIFE LINE SCREENING OF AMERICA, LLC**
**ATTN: Human Resource Director**
**901 S Mopac Expressway**
**Building 2, Suite 130**
**Austin, TX 78746**

**Michaelle L. Baumert**
**JACKSON LEWIS**
**10050 Regency Cir Ste 400**
**Omaha, NE 68114**

**RECEIVED**

APR 1 9 2021

CLERK
**U.S. DISTRICT COURT**

# INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.*
*If you also plan to sue claiming violations of State law, please be aware that time limits and other*
*provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS    --    Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days of the date you** *receive* this Notice. Therefore, you should **keep a record of this date.** Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was** *mailed* **to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Courts often require that a copy of your charge must be attached to the complaint you file in court. If so, you should remove your birth date from the charge. Some courts will not accept your complaint where the charge includes a date of birth. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS    --    Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 – *not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice and within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION    --    Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do not relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE    --    All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months of this Notice.** (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

amended, effective January 1, 2009, to broaden the definitions of disability to make it easier for individuals to be covered under the ADA/ADAAA. A disability is still defined as (1) a physical or mental impairment that substantially limits one or more major life activities (actual disability); (2) a record of a substantially limiting impairment; or (3) being regarded as having a disability. *However, these terms are redefined, and it is easier to be covered under the new law.*

**If you plan to retain an attorney to assist you with your ADA claim, we recommend that you share this information with your attorney and suggest that he or she consult the amended regulations and appendix, and other ADA related publications, available at http://www.eeoc.gov/laws/types/disability_regulations.cfm.**

**"Actual" disability or a "record of" a disability (note: if you are pursuing a failure to accommodate claim you must meet the standards for either "actual" or "record of" a disability):**

➢ **The limitations from the impairment no longer have to be severe or significant** for the impairment to be considered substantially limiting.

➢ In addition to activities such as performing manual tasks, walking, seeing, hearing, speaking, breathing, learning, thinking, concentrating, reading, bending, and communicating (more examples at 29 C.F.R. § 1630.2(i)), **"major life activities" now include the operation of major bodily functions,** such as: functions of the immune system, special sense organs and skin; normal cell growth; and digestive, genitourinary, bowel, bladder, neurological, brain, respiratory, circulatory, cardiovascular, endocrine, hemic, lymphatic, musculoskeletal, and reproductive functions; or the operation of an individual organ within a body system.

➢ **Only one** major life activity need be substantially limited.

➢ With the exception of ordinary eyeglasses or contact lenses, **the beneficial effects of "mitigating measures"** (e.g., hearing aid, prosthesis, medication, therapy, behavioral modifications) **are not considered** in determining if the impairment substantially limits a major life activity.

➢ An impairment that is **"episodic"** (e.g., epilepsy, depression, multiple sclerosis) or **"in remission"** (e.g., cancer) is a disability if it **would be substantially limiting when active.**

➢ An impairment **may be substantially limiting even though** it lasts or is expected to last **fewer than six months.**

**"Regarded as" coverage:**

➢ An individual can meet the definition of disability if an **employment action was taken because of an actual or perceived impairment** (e.g., refusal to hire, demotion, placement on involuntary leave, termination, exclusion for failure to meet a qualification standard, harassment, or denial of any other term, condition, or privilege of employment).

➢ "Regarded as" coverage under the ADAAA no longer requires that an impairment be substantially limiting, or that the employer perceives the impairment to be substantially limiting.

➢ The employer has a defense against a "regarded as" claim only when the impairment at issue is objectively *BOTH* transitory (lasting or expected to last six months or less) *AND* minor.

➢ A person is not able to bring a failure to accommodate claim *if* the individual is covered only under the "regarded as" definition of "disability."

*Note: Although the amended ADA states that the definition of disability "shall be construed broadly" and "should not demand extensive analysis," some courts require specificity in the complaint explaining how an impairment substantially limits a major life activity or what facts indicate the challenged employment action was because of the impairment. Beyond the initial pleading stage, some courts will require specific evidence to establish disability.* For more information, consult the amended regulations and appendix, as well as explanatory publications, available at http://www.eeoc.gov/laws/types/disability_regulations.cfm.



JANE ALEXANDER, CHIEF DEPUTY
HALL OF JUSTICE / OMAHA, NEBRASKA 68183

Gloria Hill
PO Box 1585
Gilroy, CA 95020

Date: February 23, 2021

We are in receipt of your correspondence. Please review the "X" below for response.

_____ The Case Number is: _____.
_____ Please provide a Douglas County District Court Case Number.

_____ We are unable to provide legal advice. Please access the Supreme Court Website for further
information and forms at: https://supremecourt.nebraska.gov/self-help/welcome
_____ Please contact your attorney of record: _____ at: _____
                                                      (name)                    (phone number/email)

_____ Additional copies required. You have more than one case and must provide filings for each case.
(We cannot make copies for you.)

_____ Certified Institution Account Statement for the last six (6) months required for all "In Forma
Pauperis" cases. (See attached letter.)
_____ Please provide a *completed* Affidavit and Application to Proceed in Forma Pauperis. (NRS§§25-2301 to
§25-2310). Nebraska State Form DC 6:7.1 Rev. 6/19.

_____ A Vital Records Worksheet is *required* for a Dissolution of Marriage filing. Access to the electronic
form is found at: http://dhhs.ne.gov/publichealth/Documents/HHS-73Worksheet.pdf (Copy attached)

_____ Your case has been dismissed.

_____ The pleadings are being returned because they have not been properly signed. (Reference: §6-1111 on
Signing of Pleadings. Must have: Signature, Signer's Address, Phone Number, and email address, if any.)

_____ Please Contact 402-444-_____

  XXX    OTHER:

> We aren't sure what you are wanting to do with these forms they say United States District Court on them but
> you sent them to Douglas County District Court which is not the same place. So if you are wanting them filed in
> US District Court you need to send them to the right place. If you are wanting to file them here and start a new
> case you need to research how to draw up a Petition for what type of case you are filing we do not have fill in
> the blank forms for our department. There is also an $83.00 Filing fee to file a case with us that you would
> need to send in with your petition. If you are wanting this added to an existing case you have in the District
> Court of Douglas County you need to provide that case number on your documents.

Sincerely,
Clerk of the District Court, Douglas County

(C) al
(S) ____
ENCLOSURES / Returned US District Court paperwork for complaint for employment discrimination

8-12-19 (Reply Form)



RECEIVED

APR 19 2021

CLERK
U.S. DISTRICT COURT

### JOHN M. FRIEND
## CLERK OF THE DISTRICT COURT
#### DOUGLAS COUNTY
##### JANE ALEXANDER, CHIEF DEPUTY
##### HALL OF JUSTICE / OMAHA, NEBRASKA 68183



Gloria Hill

PO Box 1585

Gilroy, CA 95020

Date: March 4, 2021

We are in receipt of your correspondence.  Please review the "X" below for response.

\_\_\_\_\_   The Case Number is: _____.

\_\_\_\_\_   Please provide a Douglas County District Court Case Number.

\_\_\_\_\_   We are unable to provide legal advice.  Please access the Supreme Court Website for further information and forms at:  https://supremecourt.nebraska.gov/self-help/welcome

\_\_\_\_\_   Please contact your attorney of record: _____ at: _____
                                                                        (name)                         (phone number/email)

\_\_\_\_\_   Additional copies required.  You have more than one case and must provide filings for each case. (We cannot make copies for you.)

\_\_\_\_\_   Certified Institution Account Statement for the last six (6) months required for all "In Forma Pauperis" cases.  (See attached letter.)

\_\_\_\_\_   Please provide a *completed* Affidavit and Application to Proceed in Forma Pauperis. (NRS§25-2301 to §25-2310).   Nebraska State Form DC 6:7.1 Rev. 6/19.

\_\_\_\_\_   A Vital Records Worksheet is <u>required</u> for a Dissolution of Marriage filing.  Access to the  electronic form is found at: http://dhhs.ne.gov/publichealth/Documents/HHS-73Worksheet.pdf   (Copy attached)

\_\_\_\_\_   Your case has been dismissed.

\_\_\_\_\_   The pleadings are being returned because they have not been properly signed. (Reference: §6-1111 on Signing of Pleadings. Must have: Signature, Signer's Address, Phone Number, and email address, if any.)

\_\_\_\_\_   Please Contact 402-444-\_\_\_\_\_

XXX   OTHER:

As I stated in the previous Letter again we aren't sure what you are wanting to do with these forms they say United States District Court on them but you sent them to Douglas County District Court which is not the same place.  So if you are wanting them filed in US District Court you need to send them to the right place.  If you are wanting to file them here and start a new case you need to research how to draw up a Petition for what type of case you are filing we do not have fill in the blank forms for our department.  There is also an $83.00 Filing fee to file a case with us that you would need to send in with your petition.  If you are wanting this added to an existing case you have in the District Court of Douglas County you need to provide that case number on your documents.

Sincerely,
Clerk of the District Court, Douglas County

(C) al
(S) \_\_\_\_
ENCLOSURES / Returned  US District Court paperwork for complaint for employment discrimination

8-12-19  (Reply Form)



G. Hill
30 × 1585
Greeley, Co 08021

**RECEIVED**

APR 19 2021

CLERK
U.S. DISTRICT COURT

Roman Hruska
111 S. 18th Plaza # 1152
Omaha, Ne 68102

U.S. POSTAGE PAID
FC PKG RTL
SAN JOSE, CA
95121
APR 14, 21
AMOUNT
**$4.25**
R2304E106709-19

1000    68102

USPS TRACKING® #

9500 1105 9401 1104 4531 71