IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GLORIA HILL,<br><br>                Plaintiff,<br><br>vs.<br><br>LIFE LINE SCREENING OF AMERICA, LLC, MICHAEL L. BAUMERT, and NEBRASKA EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>                Defendants. | **8:21CV161**<br><br>**MEMORANDUM AND ORDER** |

      On April 21, 2021, Plaintiff was ordered to submit the $402.00 filing fee to the Clerk of Court or submit a request to proceed in forma pauperis within 30 days. (Filing 4.) With that Order, the Clerk of Court sent Plaintiff Form AO240 ("Application to Proceed Without Prepayment of Fees and Affidavit") on which to submit her request to proceed in forma pauperis. The docket sheet in this case indicates that Plaintiff did not receive that Order by mail, as it was returned as undeliverable to her address of record on April 27, 2021, and May 14, 2021. (Filings 5, 8.) Since that time, Plaintiff has requested and been granted access to the court's CM/ECF e-filing system, and the Clerk of Court sent Filing 4 to Plaintiff electronically on May 14, 2021. (Filing 8.) In order to allow Plaintiff adequate time to respond to the court's Order and to file a motion to proceed in forma pauperis on the proper court form[1], Plaintiff's deadline to submit the $402.00 filing fee to the Clerk of Court or submit a request to proceed in forma pauperis on Form AO240 will be extended to June 15, 2021. Accordingly,

---

      [1] Plaintiff has filed a Motion to Proceed In Forma Pauperis (Filing 7) on a form that is apparently used by the District Court of Douglas County, Nebraska.

IT IS ORDERED:

1. Plaintiff's Motion to Proceed In Forma Pauperis (Filing 7) is denied without prejudice to filing such motion on Form AO240;

2. To ensure that Plaintiff has the proper form with which to request in forma pauperis status, the Clerk of Court shall send a copy of this order and Form AO240 ("Application to Proceed Without Prepayment of Fees and Affidavit") to Plaintiff electronically;

3. Plaintiff shall submit the $402.00 filing fee to the Clerk of Court or submit a request to proceed in forma pauperis on Form AO240 on or before June 15, 2021;

4. The Clerk of Court is directed to set a pro se case management deadline as follows: June 15, 2021—MIFP or payment due.

DATED this 26th day of May, 2021.

BY THE COURT:

*Richard G. Kopf*
Richard G. Kopf
Senior United States District Judge